UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL OVERSTREET and SONAM BASAR,
on behalf of themselves and all others similarly
situated,

                        Plaintiffs,

                -against-

NANI & KENY CORP. d/b/a BUGATTI CAFÉ,
NIJA ADOVIC, and MIKE ADOVIC,

                        Defendants.
---------------------------------------------------------------X

12 Civ. 1517 (ILG)(JO)

STIPULATION AND
ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs Michael Overstreet and Sonam Basar (collectively, "Plaintiffs") and Defendants Nani & Keny Corp. d/b/a Bugatti Café, Nija Adovic, and Mike Adovic (collectively, "Defendants") in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiffs or Defendants. This Court shall retain jurisdiction over the enforcement of the parties' Settlement Agreement.

BERKE-WEISS & PECHMAN LLP

By: _____
Jessica N. Tischler
488 Madison Avenue, 11th Floor
New York, NY 10022
Phone: 212-583-9500
*Attorneys for Plaintiffs*

Dated: December 6, 2012

SO ORDERED:

_____
Honorable James Orenstein

ANDREW B. SCHULTZ

By: _____
Andrew B. Schultz
One Rutland Road
Great Neck, NY 11020
(516) 482-5100
*Attorneys for Defendants*

Dated: December 17, 2012

So ordered.
s/ILG USDJ
1/1/13